UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL and CYNTHIA
BOLTON,

          Plaintiff(s),

v.

NCO FINANCIAL SYSTEMS,
INC.,

          Defendant(s).

Civil Action No. 2:13-cv-00346-CDJ

**FILED**

APR - 3 2013

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## STIPULATION EXTENDING TIME TO ANSWER COMPLAINT

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendant that the time for Defendant to Answer the Complaint in the within action is hereby up through and including April 8, 2013, as the parties continue their effort to resolve the matter.

Dated: April 1, 2013

KIMMEL & SILVERMAN, PC

By: /s/ Craig Thor Kimmel
    Craig Thor Kimmel, Esq.
    30 E. Butler Pike
    Amber, PA 19002
    Phone: 215-540-8888
    Email: kimmel@creditlaw.com
    Attorney for Plaintiff,
    Michael and Cynthia Bolton

SESSIONS, FISHMAN, NATHAN &
ISRAEL, L.L.C.

By: /s/ Ross S. Enders
    Ross S. Enders, Esq. (89840)
    Sessions, Fishman, Nathan & Israel, L.L.C.
    200 Route 31 North, Suite 203
    Flemington, NJ 08822
    Tel: (908)751-5941
    Fax: (908) 751-5944
    renders@sessions-law.biz
    Attorneys for Defendant

SO-ORDERED:

_____
Honorable