# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL AND CYNTHIA BOLTON, | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 2:13-cv-346-CDJ |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Defendant | ) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

*/S/ Ross S. Enders*  
Ross S. Enders, Esquire  
Attorney ID # 89840  
Sessions, Fishman, Nathan & Israel, LLC  
200 Route 31 North, Ste. 203  
Flemington, NJ 08822  
Phone: (908) 751-5941  
Facsimile: (908) 751-5944  
Email: renders@sessions-law.biz  
Attorney for the Defendant  

Date: April 23, 2013

*/S/ Craig Thor Kimmel*  
Craig Thor Kimmel, Esquire  
Attorney ID # 57100  
Kimmel & Silverman, P.C.  
30 E. Butler Pike  
Ambler, PA 19002  
Phone: (215) 540-8888  
Facsimile: (877) 788-2864  
Email: kimmel@creditlaw.com  
Attorney for the Plaintiff  

Date: April 23, 2013

BY THE COURT:

_____  
J.